STATE OF NEW JERSEY v. GLORIA SUTTON.

March 15, 1977.  Petition for certification denied.

PATRICIA E. BOWER, EXECUTRIX v. THE ESTAUGH.

March 15, 1977. Petition for certification denied.  (See 146 *N. J. Super.* 116)

STATE OF NEW JERSEY v. LEROY TILLERY.

March 15, 1977.  Petition for certification denied.

VILLAGE OF SOUTH ORANGE v. EDWARD APPLEGATE.

March 15, 1977.  Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD DOLTON.

March 15, 1977. Petition for certification denied.  (See 146 *N. J. Super.* 111)

STATE OF NEW JERSEY v. AL HABEED SHABAZZ.

March 15, 1977.  Petition for certification denied.